# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Minaldi, Patricia H. | District Court - Louisiana | 06/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U. S. Courthouse
611 Broad Street
Lake Charles, LA 70601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member and Manager | Patricia Minaldi, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | La. State Employee Retirement System (pension upon retirement) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 06/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State Bar Association | 06/03/12 - 06/09/12 | Destin, Florida | Participation on panel for Joint Summer School Program | Reimbursement for 2 nights lodging |
| 2. | LSU Law Center | 08/05/12 - 08/08/12 | Baton Rouge, Louisiana | Participation in Trial Advocacy Program | Reimbursement for lodging, mileage and meals |
| 3. | Louisiana State Bar Association | 09/21/2012 | New Orleans, Louisiana | Participation in 19th Annual Admiralty Symposium | Reimbursement for lodging, mileage and parking |
| 4. | LSU Law Center | 09/24/2012 - 09/25/2012 | Baton Rouge, Louisiana | Participation in Ira S. Flory Mock Trial Competition | Reimbursement for lodging and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 06/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 2.   Smith Barney Trust Account* | A | Dividend | J | T | Closed | | | | |
| 3.   Smith Barney IRA* | | | | | Sold | | | | |
| 4.   - Covidien PLC | A | Dividend | J | T | | | | | |
| 5.   - TE Connectivity LTD CHF | A | Dividend | J | T | Sold | | | | |
| 6.   - TYCO INTL LTD CHF | A | Dividend | J | T | Sold | | | | |
| 7.   - Frontier Communications Corp. | | | J | T | Sold | | | | |
| 8.   - Intel Corp. | A | Dividend | J | T | | | | | |
| 9.   - Oracle Corp. | B | Dividend | J | T | Sold | | | | |
| 10.  - Toyota Motor Corp. ADR NEW | A | Dividend | K | T | | | | | |
| 11.  - Verizon Communications | A | Dividend | J | T | | | | | |
| 12.  - Legg Mason Opport. TR CL C | | | J | T | | | | | |
| 13.  - Legg Mason Emerging Mkts Trust CL C | | | J | T | | | | | |
| 14.  - Legg Mason Value Trust FD CL C | | | J | T | | | | | |
| 15.  - Legg Mason Value Trust FD CL C | | | J | T | | | | | |
| 16.  - Legg Mason SPEC INV TR CL C | | | J | T | | | | | |
| 17.  AXA Equitable (formerly Fidelity Aggressive Growth) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. AXA Equitable (formerly Fidelity Growth Companies) | B | | K | T | | | | | |
| 19. AXA Equitable (formerly Fidelity Value) | B | Dividend | L | T | | | | | |
| 20. Spartan Total Market Index | A | Dividend | K | T | | | | | |
| 21. AIM Equity Funds Blue Chip Fund | A | Dividend | K | T | | | | | |
| 22. Hartford Mutual Funds Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 23. Hartford Mutual Funds Midcap Fund | A | Dividend | K | T | | | | | |
| 24. Hartford Mutual Funds Global Health Fund | A | Dividend | J | T | | | | | |
| 25. First Trust Target VIP Portfolio | A | Dividend | J | T | | | | | |
| 26. La. State Employee Retirement System* | | None | L | T | | | | | Please see note Part VIII |
| 27. Series EE Bonds | | None | J | T | | | | | |
| 28. Maxim Stock Index Portfolio | | None | J | T | | | | | La. Deferred Comp. Plan |
| 29. American Century Ultra Fund | | None | J | T | | | | | La. Deferred Comp. Plan |
| 30. Maxim INVESCO Small Cap Growth Portfolio | | None | J | T | | | | | La. Deferred Comp. Plan |
| 31. Western Asset Money Market | A | Dividend | J | T | | | | | |
| 32. WR Advisors Science and Technology | E | Dividend | L | T | | | | | |
| 33. Raymond James/Morgan Keegan Account | | | | | | | | | |
| 34. -- Apple, Inc. | A | Dividend | J | T | Buy | 12/18/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Minaldi, Patricia H. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Greenway Medical Technologies, Inc. | | None | J | T | Buy | 9/28/12 | J | | |
| 36. -- Intel Corp. | | None | J | T | Buy (add'l) | 9/18/12 | J | | |
| 37. -- McDonalds Corp. | A | Dividend | J | T | Buy | 9/18/12 | J | | |
| 38. -- Toyota Motor Co. ADR 2 Comm. | B | Dividend | K | T | Buy | 9/11/12 | K | B | |
| 39. -- Verizon Communications | A | Dividend | J | T | | | J | A | |
| 40. -- Covidien PLC | A | Dividend | J | T | Buy | 09/11/12 | J | A | |
| 41. -- Covidien PLC | | None | J | T | Buy (add'l) | 9/18/12 | J | | |
| 42. Franklin Income Fund | B | Int./Div. | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Minaldi, Patricia H.** | 06/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Previously reported as separate accounts and are now consolidated. (From Part VII, record 2).
2. IRA inherited ⬜⬜⬜⬜ which is now invested in companies listed. (From Part VII, record 3).

3. La. State Employee Retirement Plan is in litigation (From Part VII, record 26).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Patricia H. Minaldi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544